

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2014

No. 04-13-00494-CR

**EX PARTE** Richard Anthony **BALDEZ**,

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 2519
Honorable Sarah Garrahan-Moulder, Judge Presiding

## O R D E R

On January 8, 2014, we abated this appeal to the trial court and ordered the trial court to clarify its June 25, 2013 order denying Baldez's writ application by either finding the application frivolous on its face or entering findings of fact and conclusions of law in accordance with article 11.072, § 7(a). *See Ex parte Baldez*, No. 04-13-00494-CR, - - - S.W.3d - - -, 2014 WL 60094, at *2 (Tex. App.—San Antonio Jan. 8, 2014, no pet.) (citing TEX. CODE CRIM. PROC. ANN. art. 11.072, § 7(a) (West Supp. 2013)). The trial court has filed a supplemental record containing an order clarifying its June 25, 2013 order. Accordingly, the appeal is REINSTATED on the court's docket. The appeal is set for formal submission ON BRIEFS ONLY before this court on March 21, 2014, before a panel consisting of Justice Angelini, Justice Marion, and Justice Martinez.

It is so **ORDERED** on the 28th day of February, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court